IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARREN LEE LANDIS,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **ANDREW M. SAUL,**<br>           **Defendant.** | **NO.  20-6391** |

## O R D E R

**AND NOW**, this 9th day of December, 2021, upon careful and independent consideration and there being no objections filed to the Magistrate Judge's Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. Claimant's Request for Review is **GRANTED IN PART** and the matter is **REMANDED** to the agency for a reevaluation of the evidence regarding Landis's ability to stand and walk; the taking of evidence from a neurologist or physiatrist as to Landis's functional ability to stand and walk during the relevant period; and the taking of additional evidence from a vocational expert.

3. The Clerk of Court is hereby directed to mark this case **CLOSED**.

                                                            **BY THE COURT:**


                                                            **/s/Wendy Beetlestone, J.**
                                                            _____
                                                            **WENDY BEETLESTONE, J.**